IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hoskins, Michael | Case Number: 07 B 05584 |
|---|---|---|
| | Hoskins, Charline | Judge: Squires, John H |
| | Printed: 3/11/08 | Filed: 3/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 30, 2008
Confirmed: June 27, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,000.00 | |
| Secured: | | 1,889.14 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 948.83 |
| Trustee Fee: | | 162.03 |
| Other Funds: | | 0.00 |
| Totals: | 3,000.00 | 3,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Feld & Korrub LLC | Administrative | 2,500.00 | 948.83 |
| 2. | Nuvell Credit Company LLC | Secured | 8,963.67 | 1,744.72 |
| 3. | Balaban Furniture Ltd | Secured | 300.00 | 33.32 |
| 4. | Village of Dolton | Secured | 800.00 | 111.10 |
| 5. | Davenport Construction Company | Secured | 2,000.00 | 0.00 |
| 6. | National City Mortgage Co | Secured | 8,000.00 | 0.00 |
| 7. | Internal Revenue Service | Priority | 241.75 | 0.00 |
| 8. | Surety Finance | Unsecured | 129.01 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 362.77 | 0.00 |
| 10. | 77th St Depot Federal Credit Union | Unsecured | 1,633.49 | 0.00 |
| 11. | Balaban Furniture Ltd | Unsecured | 759.79 | 0.00 |
| 12. | Premier Bankcard | Unsecured | 275.03 | 0.00 |
| 13. | Numark Credit Union | Unsecured | 11,804.69 | 0.00 |
| 14. | Nuvell Credit Company LLC | Unsecured | 466.16 | 0.00 |
| 15. | Commonwealth Edison | Unsecured | 925.84 | 0.00 |
| 16. | Municipal Collection Services | Unsecured | 266.10 | 0.00 |
| 17. | ECast Settlement Corp | Unsecured | 112.15 | 0.00 |
| 18. | 77th St Depot Federal Credit Union | Unsecured | 6,080.70 | 0.00 |
| 19. | Nicor Gas | Unsecured | 3,058.48 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 348.83 | 0.00 |
| 21. | ECast Settlement Corp | Unsecured | 302.74 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 554.03 | 0.00 |
| 23. | RoundUp Funding LLC | Unsecured | 1,242.88 | 0.00 |
| 24. | ECast Settlement Corp | Unsecured | 374.27 | 0.00 |
| 25. | ADT Security Systems | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hoskins, Michael  
Hoskins, Charline  
Printed: 3/11/08

Case Number: 07 B 05584  
Judge: Squires, John H  
Filed: 3/29/07

| # | Creditor | Type | | |
|---|---|---|---|---|
| 26. | Centrix Financial A/K/A FlatIron Fin | Unsecured | | No Claim Filed |
| 27. | Capital One | Unsecured | | No Claim Filed |
| 28. | B-Line LLC | Unsecured | | No Claim Filed |
| 29. | City of Country Club Hills | Unsecured | | No Claim Filed |
| 30. | Dish Network | Unsecured | | No Claim Filed |
| 31. | Educational Credit Management Corp | Unsecured | | No Claim Filed |
| 32. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 33. | Terminix International | Unsecured | | No Claim Filed |
| 34. | Orchard Bank | Unsecured | | No Claim Filed |
| 35. | Northwestern Medical Faculty | Unsecured | | No Claim Filed |
| | | | $ 51,502.38 | $ 2,837.97 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 162.03 |
| | $ 162.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_